house department, and that the defendant never authorized the plan for the corner house alone.

HOLLINS et al. v. GARRISON. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Appeal from Special Term, Westchester County. Action by Harry B. Hollins and others against William R. Garrison, impleaded with the New York & Java Trading Company and another. From an order denying a motion to vacate an order extending defendant Garrison's time to make and serve the case on appeal, plaintiffs appeal. Reversed, and motion granted. Herbert Barry, for appellants. Schuyler C. Carlton, for respondent.

PER CURIAM. We do not think the original exhibits should be taken from the custody of the plaintiffs, nor that they should be put to the expense of making copies. If the exhibits were actually, as well as constructively, in the possession of the court, the defendant would have to pay the expense of making copies. The plaintiffs should furnish the defendant reasonable opportunity to make copies of the exhibits, and it appears to be undisputed that that has been done. Inasmuch as the defendant's time to serve the case on appeal has expired, and a reversal of the order will leave him in default, his time to serve the case on appeal may be extended until 10 days after the service of a copy of the order made on this appeal.

HORST, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Paul R. G. Horst against the Delaware, Lackawanna & Western Railroad Company. F. W. Thomson, for appellant. G. A. Strong, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HORSTMAN, Respondent, v. HARTMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Frederick Horstman against Marx Hartman. No opinion. Judgment and order of the county court of Kings county unanimously affirmed, with costs.

HOWARD, Appellant, v. ALBRIGHT, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by Emmons Howard against John J. Albright. No opinion. Judgment and order affirmed, with costs. See opinion of Spring, J., on former appeal, at 129 App. Div. 763, 114 N. Y. Supp. 194.

HURLBUT, Appellant, v. CORT, Respondent. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Action by William J. Hurlbut against John Cort. M. H. Cane, for appellant. C. Goldzier, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

HURLEY v. BUTLER. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Appeal from Trial Term, New York County. Action by William H. Hurley against Orlando W. Butler. Judgment for plaintiff, and defendant appeals. Reversed. Frank V. Johnson, for appellant. Thos. J. O'Neill, for respondent.

PER CURIAM. The judgment and order appealed from should be reversed, and a new trial ordered, with costs to appellant to abide the event, on the ground that the verdict is against the weight of evidence; it appearing without contradiction that the embossing machines used by the defendant were of the character and description shown on the photographs introduced in evidence, upon which the plaintiff concedes the accident could not have happened as testified to upon the trial.

HOUGHTON, J., concurs, on the ground only that there was error in refusing to charge as requested. LAUGHLIN, J., dissents.

ISEAR, Appellant, v. JOLINE et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Jennie Isear against Adrian H. Joline and another as receivers, etc.

PER CURIAM. Order of the Municipal Court modified, so that it shall provide that the defendants pay the costs of the trial within 20 days; otherwise, that the motion for a new trial is denied, with costs, and, as so modified, affirmed, without costs.

JERMYN v. EMPIRE TRUST CO. et al. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Appeal from Special Term, New York County. Action by Joseph J. Jermyn against the Empire Trust Company and others. From an order denying a motion to strike from the complaint certain allegations as irrelevant and redundant, defendant company appeals. Modified and affirmed. T. F. Gilroy, Jr., for appellant. Barbour, Rush & Hare, for respondent.

PER CURIAM. The order appealed from should be modified, so as to provide for striking from the complaint paragraphs 23, 27, and 28 thereof as irrelevant. As so modified, the order is affirmed, without costs.

JOHN A. PHILBRICK & BRO. v. IGNATZ F. CO-OPERATIVE ASS'N et al. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by John A. Philbrick & Bro. against the Ignatz F. Co-operative Association and others. S. P. Goldman, for appellants. J. T. Sackett and M. C. Katz, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JOHNSON, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Andrew P. Johnson against